

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    Jeffery Tyrone Jenkins v. Meridith Jevon Criswell

Appellate case number:    01-22-00118-CV

Trial court case number:    2020-03943

Trial court:    257th District Court of Harris County

       Appellant's brief was filed on May 5, 2022. Appellant's brief fails to comply with Rule 38.1 in that the statement of facts and the argument portions of the brief do not include citations to the record. *See* TEX. R. APP. P. 38.1(g), (i) (requiring statement of facts and argument sections of appellant's brief to include record references). Appellant also fails to include a statement regarding oral argument. *See* TEX. R. APP. P. 38.1(e).

       Because appellant's brief fails to comply with Rule 38.1, we strike the brief and order appellant to file a corrected brief complying with Rule 38.1(e), (g),and (i) **within 20 days of the date of this order**.

       It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
           ☑ Acting individually   ☐ Acting for the Court


Date: ___May 12, 2022___